*Case Closed*

~~EXHIBIT A~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MANUEL FERNANDEZ,

        Plaintiff,

   -against-

VOLARE RESTAURANT CORP. d/b/a
VOLARE, SLAVKO ALABURIC, and
CESAR IDROVO,

        Defendants.

------------------------------------ x

10 Civ. 3374 (TPG)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Manuel Fernandez ("Plaintiff") and Defendants Volare Restaurant Corp. d/b/a Volare, Slavko Alaburic, and Cesar Idrovo (collectively, "Defendants") in the above-captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party or their attorneys, as to Plaintiff or Defendants.

**BERKE-WEISS & PECHMAN LLP**

By: _____
Louis Pechman (LP-6395)
488 Madison Avenue, 11th Floor
New York, NY 10022
Phone: 212-583-9500
*Attorneys for Plaintiff*

Dated: November 15, 2010

**LAW OFFICES OF STEPHEN GERSOWITZ**

By: _____
Stephen Gersowitz (SG-4091)
14 Wall Street, 19th Floor
New York, NY 10005
Phone: 212-422-8498
*Attorneys for Defendants*

Dated: November 8, 2010

**SO ORDERED:**

_____
Honorable Thomas P. Griesa
11/30/10

-9-